FILED
17 NOV 17 PM 1:47
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: JD DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No.: **15CR03024-CAB** |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT** |
| LETICIA DANIELLE JENKINS, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing, the Indictment in the above entitled case is dismissed with prejudice, the bond is exonerated and, if held by U.S. Pretrial Services, Defendant's passport is to be released to Defendant.

IT IS SO ORDERED.

DATED: _11/16/17_ .

_____
HONORABLE BERNARD G. SKOMAL
United States Magistrate Judge